# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 15, 2023

Lyle W. Cayce
Clerk

No. 23-30333
Summary Calendar

———————————

PAULA A. GORDON, *individually and on behalf of minor grandchild*, R.E.P., REAL PARTY IN INTEREST, R.E.P.,

*Plaintiff—Appellant*,

*versus*

HUNTER V. GREENE, *Judge, The Family Court, Division D*; DONALD T. JOHNSON, *Judge ad hoc*; PRISCA A. ZEIGLER, *Assistant District Attorney*; KAREN H. ALLAIN, *Court Reporter*; DENNIS STEPHEN FITZGERALD, ESQUIRE; LESLIE NELSON PARKER; JEFF LANDRY; DOUG WELBORN, *Clerk of Court, East Baton Rouge Parish, Louisiana*; WALTER I. LANIER, III, *Judge, Louisiana Court of Appeal, First Circuit*; MARKETA G. WALTERS, *Secretary, Department of Children and Family Services, State of Louisiana*,

*Defendants—Appellees*.

———————————————————————

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:21-CV-67

———————————————————————

Before Clement, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:[*]

After reviewing the parties' briefs and the record, we find no reversible error. We AFFIRM. *See* 5th Cir. R. 47.6.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.